IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:17CR3042 |
| | ) | |
| v. | ) | |
| | ) | |
| SARAH BATENHORST, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Clerk of Court shall accept funds from the defendant prior to judgment in this case, and hold the funds until further order of the Court.

DATED this 21st day of February, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge