IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:17CR3042 |
| v. | ) | |
| SARAH BATENHORST, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff shall respond to Defendant's Motion to Modify Order of Restitution (filing no. 42) on or before June 5, 2019.

DATED this 22nd day of May, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge