IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:17CR3042 |
| v. | ) | |
| SARAH BATENHORST, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's Motion for Extension of Time (filing no. 46) is granted. Plaintiff's response to Defendant's Brief (filing no. 45) shall be filed on or before June 24, 2019.

DATED this 6th day of June, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge